**Order entered July 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00411-CV

### CONTEMPORARY CONTRACTORS, INC., Appellant

### V.

### WILC/MVL, LLP AND SETTLEMENT INVESTMENTS MANAGEMENT CORP., Appellees

### On Appeal from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-12-14470-C

## ORDER

The reporter's record in this case is overdue. By postcard dated May 14, 2014, we notified the Court Reporter that the record was overdue and directed the record be filed within thirty days. To date, the reporter's record has not been filed and we have not received any correspondence from the Court Reporter regarding the status of the reporter's record.

Accordingly, we **ORDER** Court Reporter Antionette Reagor to file, within **FIFTEEN DAYS** of the date of this order either: (1) the reporter's record; (2) written verification that no hearings were recorded or no request for the reporter's record has been made; or (3) written verification that appellant has not paid for or made arrangements to pay for the reporter's record.

We notify appellant that if we receive verification that no request for the record has been made or that it has not paid for or made arrangements to pay for the reporter's record, we may order the appeal will be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send copies of this order, by electronic transmission to the Honorable Martin Hoffman, Presiding Judge of the 68th Judicial District Court; Antoinette Reagor; and all parties.

/s/ ELIZABETH LANG-MIERS
    JUSTICE